DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZARRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTONIO PADILLA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff*,<br><br>　v.<br><br>ANTONIO PADILLA, JR.,<br><br>　　　　　*Defendant*. | No. 1:06-cr-285 OWW<br><br>STIPULATION TO VACATE MOTIONS SCHEDULE TO BE RESET BY COURT; AND CONTINUE STATUS CONFERENCE; AND ORDER THEREON<br><br>Date : November 7, 2006<br>Time: 9:00 a.m.<br>Dept : Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Motions Schedule, as well as the *Motions Hearing*, which hearing is scheduled for October 24, 2006 at 9:00 a.m.*, be vacated*, to be *reset by the Court*; and that the *Status Conference* set for October 24, 2006 *be continued* to **November 7, 2006 at 9:00 a.m.**

　　　　The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///

1  preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2  DATED: October 18, 2006                                MCGREGOR W. SCOTT
                                                          United States Attorney

4                                                 By /s/ Dawrence W. Rice, Jr.
                                                     DAWRENCE W. RICE, JR.
5                                                    Assistant U.S. Attorney
                                                     Attorney for Plaintiff

7  DATED: October 18, 2006                                DANIEL J. BRODERICK
                                                          Federal Defender

                                                  By /s/ Mark A. Lizárraga
9                                                    MARK A. LIZÁRRAGA
                                                     Assistant Federal Defender
10                                                   Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:     October 19, 2006**             /s/ Oliver W. Wanger
emm0d6                                      UNITED STATES DISTRICT JUDGE

Stipulation to Vacate Motions Schedule, to be Reset by
the Court;  and Continue Status Conference               2