DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTONIO PADILLA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>ANTONIO PADILLA, JR.,<br><br>    *Defendant*. | No. 1:06-cr-00285 LJO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING;   ORDER THEREON<br><br>Date : April 6, 2007<br>Time: 9:00 a.m.<br>Dept : Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that **the sentencing hearing in the above-referenced matter now set for March 2, 2007, may be continued to April 6, 2007, at 9:00 A.M.**

This continuance is requested by counsel for Defendant because she is currently engaged in trial and will not be available for the hearing on the date now set.  Counsel is also scheduled to commence trial in another matter on March 20, 2007.  Additionally, though this office has represented the defendant in this matter since August, 2006, this case was not reassigned to present counsel for defendant until January 29, 2007, subsequent to entry of defendant's plea; counsel has met and conferred with defendant who wants a sentencing memorandum on behalf of defendant prior to the hearing.

///

///

The requested continuance will conserve an expenditure of time and resources on behalf of all parties and the court.

Because this is a sentencing hearing, no waiver of time is required.

MCGREGOR W. SCOTT
United States Attorney

DATED: February 28, 2007      By /s/ Dawrence W. Rice, Jr.
DAWRENCE W. RICE, JR.
Assistant U.S. Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: February 28, 2007      By /s/ Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
ANTONIO PADILLA, JR.

## **O R D E R**

Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv), and the Court finds good cause for the continuance based on unavailability of counsel both for the preparation of the requested sentencing memorandum and the appearance at the hearing itself. The request for a continuance to April 6, 2007 at 9 a.m. is GRANTED.

IT IS SO ORDERED.

Dated:   **March 1, 2007**          /s/ Lawrence J. O'Neill
b9ed48                               UNITED STATES DISTRICT JUDGE